IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV158 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RALPH L. WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement (Filing No. 31),

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before January 25, 2008**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The deadline for filing a Fed. R. Civ. P. 26(f) planning report is cancelled upon the representation that this case is settled.

DATED this 13th day of December, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge