IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CV158 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RALPH L. WILLIAMS, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Upon Plaintiff's Joint Stipulation for Dismissal, filing no. 33,

IT IS HEREBY ORDERED that Plaintiff's stipulation is granted, and the Complaint is dismissed without prejudice.

DATED this 28th day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge